**SO ORDERED.**

**SIGNED this 28 day of October, 2022.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| In RE:<br>Luis M. Monell-Marquez<br>Savonne Robinson Monell<br>1392 Cypress Ridge Dr.<br>Columbus, GA 31907-3292 | Chapter 13<br><br>Case No. 22-40286-JTL |
| Debtor (s) SSN:<br>XXX-XX-4644<br>XXX-XX-6150 | |

Order Confirming Plan Awarding Attorney's Fees Providing Extension Of The Plan Beyond 36 Months

The debtor's(s') plan having been transmitted to all creditors; and

It having been determined, after hearing on notice, that the debtor's(s') plan, or plan as modified, complies with Chapter 13 of the Bankruptcy Code Section 1325, 11 U.S.C. Section 1325, with other applicable provisions of this title as shown by Exhibit "A" attached hereto;  and  Sufficient cause having been shown for the length of the plan to be extended beyond 36 months; and

The Chapter 13 Trustee having recommended that the debtor's (s') plan to be confirmed; it is

ORDERED that the debtor's(s') plan, or plan as amended, which plan is attached hereto as Exhibit "A" and incorporated herein by reference, is confirmed, and the debtor(s) is furthered ordered to strictly comply with the terms of this plan and to maintain in force all insurance required by any of his contractual agreements; and it is further

ORDERED that an award of $3,250.00  is made to Brace W. Luquire as interim compensation in this case pursuant to Section 331 of the Bankruptcy Code for the attorney services rendered in this case . The attorney has previously been paid $0.00. The Trustee is directed to pay the balance of  $3,250.00 as an administrative expense; and it is further

ORDERED that all pending motions to dismiss filed by the Chapter 13 Trustee are hereby withdrawn , unless a separate order has been entered resolving the motion.

END OF DOCUMENT

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

/s/ T. Michael Jones
_____
T. Michael Jones, GA Bar No. 403890

RE:                                                                                      Case No. 22-40286-JTL
Luis M. Monell-Marquez
Savonne Robinson Monell
1392 Cypress Ridge Dr.
Columbus, GA 31907-3292

---

| Trustee's Report |
|---|

**Payment Schedule**

| Payor | Amount | Start Date | Length |
|---|---|---|---|
| Columbus Water Works | $2,882.00 | August 06, 2022 | End of Plan |

Commitment Period: 60 Months
Anticipated Plan Length: 60 Months

From the payments so received, the trustee shall make disbursements as follows:

| Creditor Name | Value | Description | Int | Payment |
|---|---|---|---|---|
| **Mortgage Arrearage** | | | | |
| Freedom Mortgage Corporation | Debt | Arrears | 0.00 | Pro Rata |
| **Secured - Vehicle** | | | | |
| Jpmorgan Chase Bank | Debt | 2021 Gmc Terrain (910) | 5.00 | $2,000.00 |
| Performance Finance | $10,000.00 | 2018 Indian Motorcycle | 5.00 | $590.00 |
| **Paid Outside Secured** | | | | |
| Freedom Mortgage Corporation | | Mtg | | |
| Westgate | | Timeshare | | |

All 11 U.S.C. § 507 Priority claims will be paid in full over the life of the plan.

**Nonstandard Provisions**:
The standard language and specific terms contained in the Middle District of Georgia's model Chapter 13 plan and any special provisions added to the plan or modified plan by the debtor are incorporated by reference.

60 Month Base Case

100.00% will be paid to unclassified unsecured creditors.
If the debtor proposes to pay less than 100% to the unsecured creditors, the debtor will pay 36 monthly payments before becoming eligible for a discharge. If the case has an applicable commitment period of 60 months, the debtor will pay a minimum of 57 months unless another term is stated in special provisions before becoming eligible for a discharge.

The Trustee recommends this plan be confirmed as it complies with all of the requirements of 11 U.S.C. Section 1325.

EXHIBIT "A"

P.O. Box 1907                                                         /s/ T. Michael Jones
Columbus, GA 31902                                          _____
Phone (706) 327-4151                                           T. Michael Jones, GA Bar No. 403890
ecf@ch13trustee.com